UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FRANKLIN GRULLON,

Defendant.

94 Cr. 466 (JPC)

UNITED STATES OF AMERICA,

-v-

FRANKLIN GRULLON,

Defendant.

95 Cr. 25 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Franklin Grullon, proceeding *pro se*, has sent to the Court four times an identical letter dated December 15, 2025, without the letter having been docketed through the Clerk of Court or the Court's *Pro Se* Intake Unit. In the interest of transparency, the Court attaches a copy of the letter to this Order. The letter references a letter motion Grullon purportedly filed on November 6, 2025, but the Court has no record of receiving that letter motion.

SO ORDERED.

Dated: August 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge



**FRANKLIN GRULLON, Pro Se**
U.S. mailing address:
2251 Sedgwick Avenue, Apt. 1-H
Bronx, New York 10468.
Tels: (347) 298-1986 & (809) 399-3277
Email: emigrantesunidos@hotmail.com

Honorable John P. Cronan
United States District Judge
Southern District of New York
Courtroom 12D
500 Pearl Street
New York, New York 10007

Re: United States v. Franklin Grullon, 94 Cr. 466 (JPC)
United States v. Franklin Grullon, 95 Cr. 25 (JPC)

Subject: Request for a Status on Defendant's letter to the Court dated November 6, 2025

Dear Judge Cronan:

On November 15, 2023, the defendant, Franklin Grullon (hereinafter referred to as "Grullon" or "Defendant"), acting *pro se*, moved the United States District Court for the Southern District of New York, Honorable John F. Keenan ("Keenan"), to reopen both of his criminal matters No. 94 Cr. 466 and No. 95 Cr. 25 based on newly discovered evidence and for the Court to dismiss his indictments on lack of federal jurisdiction and for the Court to order the Government to permit him to enter the United States. A copy of Grullon's motions were served upon the Court and upon the Government visa FedEx Express mail on November 17, 2023. Thereafter, on December 5, 2023, Grullon's two criminal cases were transferred to the Honorable John P. Cronan ("Cronan"). The Government did not oppose Grullon's motions. On November 26, 2024, however, Judge Cronan issued an Opinion and Order construing Grullon's *pro se* motions to reopen as a petition for a writ of error coram nobis and for a writ of mandamus and denied the motions. On his Opinion and Order Judge Cronan stated incorrectly that Grullon's motion was filed on April 8, 2024 although the evidence offered by Grullon established that his motions were received by the Court and by the Government on November 17, 2023. The Court's November 26, 2024 Opinion and Order was mailed to Grullon's mailing address in the United States.

After receiving and reviewing the Court's Opinion and Order, instead of appealing Judge Cronan's decision with the Second Circuit, on December 26, 2024, Grullon moved for reconsideration of the Court's Opinion and Order of November 26, 2024 denying his

motion for reconsideration because it was evident to him that (1) Judge Cronan made an error when he based his Opinion and Order on letters motions and an affidavit filed by Grullon in April of 2024 to his original motions of November 17, 2023, and (2) Grullon's initial motions to reopen were unopposed by the Government.

Although the Government did not oppose Grullon's motion for reconsideration, on May 29, 2025, Judge Cronan rendered an Opinion and Order denying the motion for reconsideration. A copy of this Opinion and Order was not mailed and, to date, has not been mailed to Grullon's by the Court to his mailing address in the United States.

When Grullon discovered last month in November, 2025 that the May 29, 2025 Opinion and Order had been issued by the Court denying his motion for reconsideration, he wrote a letter to the Court (on November 6, 2025) requesting for the Court to reissue the May 29, 2025 Court Order to restore his right to appeal such order. Grullon's letter to the Court and a copy of the letter was mailed to the Government and to his former Court appointed attorney, Marvin E. Shechted, via FedEx Empress Mail, on November 6, 2025. See Exhibit 1.

Last Thursday (December 11, 2025), Grullon called the Court and spoke with a clerk at which in response to Grullon's request for a status on his November 6, 2025 letter to the Court the clerk informed Grullon that the Court has no record of his letter. The clerk also told Grullon that the last entry on the Court's docket relates to the Court's Opinion and Order of the Court issued on May 29, 2005 denying his motion for reconsideration. See copy of the screen shot when Grullon called the Court, annexed as Exhibit 2.

This is the reason Grullon writes this letter. He respectfully requests that the Court search for his November 6, 2025 letter motion and after reviewing it reconsider it prior Opinion and Order and either grant the defendant's motions and vacate his conviction and grant him a new trial and/or reissue the Court's May 29, 2025 Opinion and Order to restore the Grullon's rights to file an appeal from the Court's decision denying his motions for reconsideration. Grullon also requests, that if the Court finds it appropriate, it should grant an evidentiary hearing on this case to afford him an opportunity to be heard regarding his claims set forth on his papers to this Court, in the interest of fairness and justice and due process. The Court also has the authority to grant any other relief that the Court may seem just proper and equitable.

Executed on this 15th day of December, 2025.

Respectfully submitted,

Franklin Grullon, pro se

Certificate of Service

I, Franklin Grullon, hereby declare under the penalty of perjury that the information on this letter is true and correct, and that on this 15th day of December, 2025, a true and correct copy of the foregoing letter was served, via FedEx Express mail, upon:

U.S. Attorney's Office
Attn. Jay Clayton
U.S. Attorney
1 Saint Andrews Plaza
New York, NY 10007

Marvin E. Schechter, Esq.
Grullon's former counsel
1790 Broadway Ste. 710
New York, NY, 10019

Franklin Grullon

FEDERAL EXPRESS DOMINICANA, S.A.S.
[illegible]
[illegible]
[illegible]
RNC: [illegible]

Factura de Consumo Electronica
e-NCF: E320000031599

Fecha Emision: 06-11-2025
Razón Social Cliente:
Número Factura Interna: 818673817643

| Cantidad<br>Precio | Descripcion<br>ITBIS | Unidad de Medida<br>Valor |
|---|---|---|
| 1.00<br>5,200.00 | 818673817643<br>0.00 | <br>2,600.00 |
| 1.00<br>6,100.00 | 818673817632<br>0.00 | <br>3,050.00 |
| 1.00<br>8,200.00 | 818673817610<br>0.00 | <br>4,100.00 |

| | |
|---|---|
| Subtotal Gravado: | 8,262.71 |
| Subtotal Exento | 0.00 |
| Total ITBIS | 1,487.29 |
| Total: | 9,750.00 |

[illegible]
[illegible]
[illegible]

AV 27 DE FEBRERO [illegible]

TROPOLI [illegible]

[ Venta ]

ID Comercio: [illegible]

ID Terminal: 80042368

---

VISA

XXXX XXXX XXXX 5169

Nombre: VENTA/VISA

Método Entrada: CHIP

Procesado: En línea

Tran #: 000002

Lote #: 28

Aprobación #: [illegible]

06/11/2025 [illegible]

FedEx

11/6/2025

[illegible] Guillen 829-319-3271

[illegible]

[illegible]

[illegible]

Santiago Santiago

Dominican Republic 51000

[illegible]@hotmail.com

U.S. District Judge

Southern District of New York

500 Pearl Street

Courtroom 17 D

New York NY

United States 10007

8186 7381 7610 0404

4 Servicio Expreso de Paquetería / Express Package Service

5 Embalaje / Packaging

6 Manejo Especial y Opciones de Entrega con Firma / Special Handling and Delivery Signature Options

7 Pago / Payment

8 Firma Requerida / Required Signature

Información para la Aduana / Shipment Information

X X

[illegible] NAV

NAV

FedEx [illegible]

1 [illegible] / From Please print and press hard

[illegible]

[illegible] 809-[illegible]-3627

[illegible]

[illegible]

Plaza los Alamos

Santiago [illegible] Santiago

[illegible]

[illegible]@hotmail.com

2 [illegible]

U.S. Attorney's Office

1 Saint Andrews Plaza

New York NY

United States 10007

3 Información Acerca del Embarque / Shipment Information

1 X X

[illegible] DO NV

8186 7381 7632 0404

4 Servicio Exprés de Paquetería / Express Package Service

5 Embalaje / Packaging

6 Manejo Especial y Opciones de Entrega con Firma
Special Handling and Delivery Signature Options

7 Pago / Payment

3050

8 Firma Requerida / Required Signature

739

NV

FedEx International

1 De / From Please print and press hard

Lizabeth Guillen 809 [illegible] 3272

Inversiones Unidos

Av. [illegible] Ramos

Plaza los [illegible]

Santiago Estado Provincia Santiago

Dominican Republic 51000

[illegible]@hotmail.com

2 A / To

Marvin E. Schechter

1745 Broadway Ste. 710

New York Estado Provincia NY

United States Código Postal 10019

3 Información Acerca del Embarque / Shipment Information

1 1

Documents Personal

8186 7381 7643 0404

4 Servicio Expreso de Paquetería / Express Package Service

5 Embalaje / Packaging

6 Manejo Especial y Opciones de Entrega con Firma / Special Handling and Delivery Signature Options

7 Pago / Payment

Cobrar los gastos de transporte a:

2000

8 Firma Requerida / Required Signature

739

# Exhibit 1

# Exhibit 2


8:16
Jueves
4:01 p. m.
4:01
Close
US
US District Court Southern District of Ne...
Today
16:00 outgoing call 0 secs
15:39 outgoing call 5 min, 21 secs
magicJack
+1 (212) 805-0136
Add to magicApp Contacts